1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-18782681

5  Attorneys for Debtors

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  In re:                              Case No.    10-12761

11  Carl F Burleson and Gabriela Burleson      Chapter    13
              Debtor(s)
12  _____/

13     NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN AT $0

14                  AND AVOID LIEN UPON DISCHARGE

15     TO SECURED JUNIOR LIENHOLDER WELLS FARGO BANK, N.A., CHAPTER 13

16  TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF

17  RECORD:

18         Take Notice – this is a Scream or Die Procedure. Debtor is giving you Notice that you

19  have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on

20  Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced,

21  and for an order permanently stripping the Lien from Debtor's real property should Debtor

22  receive a Discharge upon completing her Chapter 13 plan payments.:

23         This scream or die procedure is prescribed by Local Rule 9014-1 of the United States

24  Bankruptcy Court for the Northern District of California. Under this procedure any objection to

the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.


Date: October 13, 2010                         /s/ Dan Beck_____
                                               Dan Beck
                                               Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                   Case No.        10-12761

Carl F Burleson and Gabriela Burleson          Chapter        13
                    Debtor(s)
_____/

      I hereby certify that on October 13, 2010, a copy of above NOTICE OF OPPORTUNITY

FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS

$0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS

$0 AND TO AVOID LIEN ON DISCHARGE, was served, to the Chapter 13 Trustee,

electronically and to the creditor listed below by <u>certified mail addressed to an officer of the</u>

<u>institution</u>.

                John G. Stumpf, Chairman, President and CEO
                WELLS FARGO BANK, N.A
                Wells Fargo Bank, N.A.
                Home Equity Group
                X2303-01A - 1 Home Campus
                Des Moines, IA 50328-0001

Date: October 13, 2010
                *Evan Livingstone*
                _____
                Evan Livingstone