Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Case No.    10-12761

Carl F Burleson and Gabriela Burleson               Chapter     13
            Debtor(s)
_____/

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN AT $0

AND AVOID LIEN UPON DISCHARGE

TO SECURED JUNIOR LIENHOLDER WELLS FARGO BANK, N.A.**,** CHAPTER 13

TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF

RECORD:

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.:

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to</u>

<u>the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

<u>If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;</u>

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: October 13, 2010          /s/ Dan Beck
                                              Dan Beck
                                              Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.   10-12761

Carl F Burleson and Gabriela Burleson  Chapter   13
　　　Debtor(s)
_____/

I hereby certify that on October 13, 2010, a copy of above NOTICE OF OPPORTUNITY FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0 AND TO AVOID LIEN ON DISCHARGE, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to an officer of the institution</u>.

　　　Vikram Pandit, CEO
　　　Citibank NA
　　　PO Box 140609
　　　Irving, TX 75019-0609

Date: October 13, 2010

　　　　　　　　　　　　　　　　　　　*Evan Livingstone* (signature)
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Evan Livingstone