1 | Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
2 | Beck Law P.C.
2681 Cleveland Avenue          Signed: April 23, 2013
3 | Santa Rosa CA 95403
Phone: 707-576-7175
4 | Fax: 707-576-1878            _____
                                  ALAN JAROSLOVSKY U.S. Bankruptcy Judge
5 | Attorney for Debtors Carl F Burleson and Gabriela

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-12761 |
|---|---|---|
| Carl F Burleson and Gabriela Burleson | Chapter | 13 |
| Debtor(s) | Date | No Hearing Set |

ORDER APPROVING LOAN MODIFICATION AGREEMENT

WITH WELLS FARGO HOME MORTGAGE

The motion of the Debtor(s) Carl F Burleson and Gabriela Burleson to approve a voluntary loan modification between Debtor and Creditor Wells Fargo Home Mortgage regarding the property at 1639 Buckeye Rd, Willits CA 95490 came before the court by ex-parte application. Good cause appearing,

IT IS ORDERED that the motion is granted and Debtors' request to enter into a loan modification with Wells Fargo Home Mortgage is hereby approved. This order, however, shall not constitute approval of the terms of the proposed loan modification.

** END OF ORDER **